GAS 245D       (Rev. 01/24) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |
| v. | ) | (For Revocation of Probation or Supervised Release) |
| Thomas Heath Holmes | ) | Case Number: 5:05CR00008-1 |
|  | ) | USM Number: 12244-021 |
|  | ) | Joshua Sabert Lowther |
|  | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations of mandatory and standard conditions of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | The defendant committed another federal, state, or local crime (mandatory condition). | April 15, 2021 |
| 2 | The defendant illegally possessed a controlled substance (mandatory condition). | April 14, 2021 |
| 3 | The defendant purchased, possessed, used, distributed, or administered a controlled substance or paraphernalia related to a controlled substance (standard condition). | April 14, 2021 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the _____ condition(s), _____ and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 3650

Defendant's Year of Birth: 1973

City and State of Defendant's Residence:

Blackshear, Georgia

June 24, 2024
Date of Imposition of Judgment

*/s/ R. Stan Baker*
Signature of Judge

R. Stan Baker, Chief Judge
United States District Court
Southern District of Georgia

July 1, 2024
Date

GAS 245D  Case 5:05-cr-00008-RSB-BWC   Document 86   Filed 07/01/24   Page 2 of 2
(Rev. 04/23) Judgment in a Criminal Case for Revocations

Judgment— Page **2** of **2**

DEFENDANT: Thomas Heath Holmes
CASE NUMBER: 5:05CR00008-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>24 months.  It is recommended that this term of imprisonment be run consecutively to any sentence which may be imposed under Docket Number 5:24CR00003-1, U.S. District Court, Southern District of Georgia.  It is further recommended that the defendant receive credit for time served in custody which has not been credited toward another sentence.</u>

☐  The Court makes the following recommendations to the Bureau of Prisons:

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

  ☐  at _____  ☐ a.m.  ☐ p.m.  on _____.

  ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐  before 2 p.m. on _____.

  ☐  as notified by the United States Marshal.

  ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL